MORDECAI BENGUIAT et al., Plaintiffs, *v.* GOTHAM NATIONAL BANK OF NEW YORK, Defendant.

MANUFACTURERS TRUST COMPANY, Appellant; MAS-SACHUSETTS BONDING AND INSURANCE COMPANY, Respondent.

Submitted June 2, 1941; decided October 7, 1941.

*Carl Sherman* for motion.

*Leonard G. Bisco, Nathan Waxman* and *George B. Balamut* opposed.

Motion denied, with leave to renew, if counsel are so advised, on argument of appeal.